UNITED STATES *v.* L. BAMBERGER & CO.

**No. 6365.**—Invoices dated London, England, October 30, 1940, etc.
Certified October 31, 1940, etc.
Entered at Newark, N. J., December 13, 1940, etc.
Entry No. N–225, etc.

(Decided September 19, 1946)

*Paul P. Rao*, Assistant Attorney General, for the plaintiff.
*Strauss & Hedges* (*Hadley S. King* of counsel) for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. 1940 ed. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

The established facts make export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)), the proper basis for appraisement of the articles in question, such statutory value thereof being the appraised values.

STANLEY & STANLEY, INC. *v.* UNITED STATES

**No. 6366.**—Invoices dated Walsall, England, August 1942, etc.
Certified August 1942, etc.
Entered at New York, N. Y., September 10, 1942, etc.
Entry No. 705948, etc.

(Decided September 19, 1946)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.